# CASE ANNOUNCEMENTS

*May 13, 2014*

[Cite as *05/13/2014 Case Announcements*, 2014-Ohio-2020.]

## MOTION AND PROCEDURAL RULINGS

**2014–0432.  State v. Prade.**
Summit App. No. 26775, 2014-Ohio-1035. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of the motions for admission pro hac vice of Nathan Erickson and David Hennes, it is ordered by the court that the motions are granted. Pursuant to Gov.Bar R. XII(4), counsel shall file notices of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

PFEIFER, Acting C.J.
O'CONNOR, C.J., not participating

# CASE ANNOUNCEMENTS

*May 14, 2014*

[Cite as *05/14/2014 Case Announcements*, 2014-Ohio-2021.]

## MERIT DECISIONS WITHOUT OPINIONS

**2014–0293.  Morris v. Marsh.**
In Mandamus. On complaint in mandamus. Upon consideration of respondent's suggestion of mootness and on S.Ct.Prac.R. 12.04 determination, cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0329.  State ex rel. Hendricks v. Ohio Dept. of Rehab. & Corr.**
In Mandamus. On answer of respondents. Upon consideration thereof, it is ordered by the court, sua sponte, that an alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 12.05:

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within 10 days of the filing of the evidence; respondents shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 7 days after the filing of respondents' brief.

PFEIFER, O'DONNELL, KENNEDY, FRENCH, and O'NEILL, JJ., concur.
O'CONNOR, C.J., and LANZINGER, J., dissent.

**2014–0372.  State ex rel. Anderson v. Mason.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0387.  Green Tree Servicing, L.L.C. v. Roberts.**
Butler App. No. CA2013–03–039, 2013-Ohio-5362. On review of order certifying a conflict. The court determines that no conflict exists. Cause dismissed.

PFEIFER, O'DONNELL, KENNEDY, and FRENCH, JJ., concur.
O'CONNOR, C.J., and LANZINGER and O'NEILL, JJ., dissent.